UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID DONAHUE,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No.
22-10566-NMG

ORDER

GORTON, J.

On April 14, 2022, David Donahue, who is incarcerated at FCI Otisville in Otisville, New York, filed a document entitled "Motion for Reduction of Sentence Pursuant to §3582" (Docket No. 1). Donahue seeks a reduction in the 300-month sentence imposed on him in the United States District Court for the District of Maine following his conviction in that court for sexual exploitation of a minor. See United States v. Donahue, Crim. No. 19-00024-JDL (D. Me.)

Only the sentencing court has jurisdiction to entertain a motion under 18 U.S.C. § 3582(c)(1)(A). Accordingly, the Court orders that this action be transferred to the United States District Court for the District of Maine.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 05/16/2022